# AFFIDAVIT OF SERVICE

September 02, 2020

SHERIFF'S NUMBER     DEFENDANT     BERGEN COUNTY SHERIFF DEPT
                               1 OF 2

S20002120

Provenzano

TYPE OF SERVICE
SUMMONS VERIFIED COMPLAINT

I, ANTHONY CURETON, SHERIFF OF BERGEN COUNTY, DO HEREBY DEPUTIZE _____ 1734 _____ AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| MIRICK OCONNELL ATTORNEY | 221880 | 59.56 |
| 100 FRONT STREET | | |
| WORCESTER MA 01608 | RECEIPT # 169376 | |

**COURT DATA**

COURT    US DISTRICT
DOCKET    420CV4015        STATE        COUNTY OF VENUE
                       MS

**CAPTION OF CASE**      *XAEX266786*

BERKSHIRE BANK
VS
CHOSEN CONSULTING LLC ETAL

**NAMED WITHIN TO BE SERVED**

NAME    **MOSHE ORLINSKY**
ADDRESS    **286 RIDGE STREET**
                  **NEW MILFORD NJ 07646**

**PAPERS SERVED**

SUMMONS VERIFIED COMPLAINT

**SERVICE DATA RECORDED**

[X] SERVED  [ ] UNABLE TO SERVE  (1) _____ DATE [ 9 ]/[ 8 ]/[ 20 ]
ATTEMPTS _____ (2) _____ TIME [ 17 ]:[ 42 ]:[ ]

REMARKS: _____
PERSON SERVED: Dawn Orlinsky

[X] COPY PERSONALLY DELIVERED      [ ] MANAGING or GENERAL AGENT, PARTNER
[ ] COPY LEFT WITH:      [ ] REGISTERED AGENT
     COMPETENT HOUSEHOLD MEMBER OVER      [ ] AGENT AUTHORIZED TO ACCEPT
     14 YRS OF AGE RESIDING THEREIN      [ ] DIRECTOR, TRUSTEE
[ ] OFFICER

[ ] IS IN THE MILITARY  [X] NOT IN THE MILITARY
SEX: [ ] MALE  [X] FEMALE
SKIN: [X] WHITE  [ ] BLACK  [ ] YELLOW  [ ] BROWN  [ ] RED
HEIGHT: [ ] UNDER 5 FEET  [X] 5.0 -5.6 FT  [ ] 5.7 - 6.0 FT  [ ] OVER 6 FT
WEIGHT: [X] UNDER 100 LBS  [ ] 100-150 LBS.  [ ] 151-200 LBS  [ ] OVER 200 LBS
HAIR: [ ] BLACK  [ ] BROWN  [ ] BLOND  [ ] GRAY  [ ] RED  [ ] WHITE  [ ] BALDING
AGE: [ ] 14-20  [ ] 21-35  [X] 36-50  [ ] 51-65  [ ] OVER 65

SWORN AND SUBSCRIBED TO BEFORE ME
THIS __14__ DAY OF __9__ 20__20__

_____ 1734 _____
DEPUTY SHERIFF OF BERGEN COUNTY
STATE OF NEW JERSEY

Kimberly Dawn Provenzano
Notary Public
New Jersey
My Commission Expires 7-13-2024
No. 2167385

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**BERKSHIRE BANK**
*Plaintiff*

v.

**CHOSEN CONSULTING, LLC, ET AL.**
*Defendant*

Civil Action No.:
4:20-CV-40105-TSH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Moshe Orlinksky
286 Ridge Street
New MIlford, NJ  07646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert B. Gibbons
Mirick O'Connell
1800 West Park Drive, Suite 400
Westborough, MA 01581

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Sherry Jones
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2020-08-20 09:40:53.0, Clerk USDC DMA